1

2

3

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5

6

7

In re MICHAEL KORELL,

No. C 13-00524 YGR (PR)

**ORDER OF TRANSFER**

_____/

8      This action was opened on February 6, 2013, when the Court received from Inmate Michael

9   Korell a letter to the Honorable Thelton E. Henderson that concerned prison conditions.

10      On the same date, the Clerk of the Court notified Plaintiff in writing that his action was

11   deficient in that he had not submitted his complaint on a proper complaint form and had not

12   submitted an *in forma pauperis* application.  The Court further notified him that this action would be

13   dismissed he if did not submit a complaint on the proper form and a completed *in forma pauperis*

14   application within thirty days.

15      Further review of Plaintiff's case reveals that, in addition to failing to submit the proper

16   documents, he has also initiated his civil action in the wrong judicial district.  Plaintiff's letter states

17   that he is currently incarcerated at Mule Creek State Prison (MCSP) in Ione, California.  He alleges

18   that the medical staff at MCSP have ignored his requests to see a doctor for his diabetes.  (Feb. 6,

19   2013 Letter at 1-2.)

20      MCSP is located in the Eastern District of California, and it appears that Defendants reside in

21   that district.  Venue, therefore, properly lies in that district and not in this one.  *See* 28 U.S.C.

22   § 1391(b).

23      Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is

24   TRANSFERRED to the United States District Court for the Eastern District of California.  The

25   Clerk shall transfer the case forthwith.

26      If he wishes to further pursue this action, Plaintiff must complete the complaint form and *in*

27   *forma pauperis* application required by the United States District Court for the Eastern District of

28   California and mail them to that district.

United States District Court
For the Northern District of California

1         The Clerk shall also direct an electronic version of Plaintiff's letter and this Order to Judge

2    Henderson's courtroom deputy.

3         IT IS SO ORDERED.

4    DATED:  February 15, 2013

                                                 

5                                     YVONNE GONZALEZ ROGERS
                                 UNITED STATES DISTRICT COURT JUDGE

**United States District Court**
For the Northern District of California